284 U.S. 587
 52 S.Ct. 137
 76 L.Ed. 507
 Andrew B. KEATING, as Receiver of Taxes of the City of New York, and William Reid, Jr., as City Collector, appellants,
v.
The PUBLIC NATIONAL BANK OF NEW YORK.
 No. 71.
 Supreme Court of the United States
 December 7, 1931
 
 Messrs. Arthur J. W. Hilly and William Herbert King, both of New York City, for appellants.
 Messrs. Martin Saxe and Henry L. Moses, both of New York City, for appellee.
 PER CURIAM.
 
 
 1
 Decree affirmed Bodkin v. Edward, 255 U. S. 221, 223, 41 S. Ct. 268, 65 L. Ed. 595; Texas & New Orleans R. R. Co. v. Brotherhood of Railway and Steamship Clerks, 281 U. S. 548, 558, 50 S. Ct. 427, 74 L. Ed. 1034; First National Bank of Hartford, Wisconsin, v. City of Hartford, 273 U. S. 548, 47 S. Ct. 462, 71 L. Ed. 767, 59 A. L. R. 1; Minnesota v. First National Bank of St. Paul, 273 U. S. 561, 47 S. Ct. 468, 71 L. Ed. 774; Georgetown National Bank v. McFarland, 273 U. S. 658, 47 S. Ct. 467, 71 L. Ed. 779.